pellate Division, Fourth Department. October 14, 1914.) Action by Sebastian Barca against the Henry P. Burgard Company. No opinion. Judgment affirmed, with costs.

BARDELLI, Respondent, v. PITTSBURGH CONTRACTING CO., ·Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Regina Bardelli, as administratrix, etc., against the Pittsburgh Contracting Company. No opinion. Motions denied, without costs. See, also, 163 App. Div. 45, 148 N. Y. Supp. 389.

BARNETT v. HOLBROOK, CABOT & ROLLINS CO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Enoch Barnett against the Holbrook, Cabot & Rollins Company. No opinion. Motion denied, without costs. Order filed.

BARRA, Respondent, v. JAMES STEWART & CO., Inc., Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Action by Thomas Barra against James Stewart & Co., Incorporated. No opinion. Motion denied. See, also, 148 N. Y. Supp. 1105.

BARRY, Appellant, v. GRAUSMAN, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Joseph Barry against Philip M. Grausman. A. J. Levine, of New York City, for appellant. No opinion. Judgment affirmed, with costs. Order filed.

BARTHOLOMAY BREWERY CO., Respondent, v. MANNING, Appellant, et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by the Bartholomay Brewery Company against Hanna M. Manning, impleaded with others. .
PER CURIAM. Order affirmed, with $10 costs and disbursements.
LYON, J., dissents.

BATHRICK, Respondent, v. RED HOOK LIGHT & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Helena Bathrick, as administratrix of Archie Bathrick, deceased, against the Red Hook Light & Power Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

BAUM, Respondent, v. DE LONG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Adelbert E. Baum against Jas. C. De Long. No opinion. Judgment and order affirmed, with costs.

BEATTIE et al., Respondents, v. MEEKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Iretta Beattie and another, as administrators, etc., against William Meeker and others. No opinion. Judgment (149 N. Y. Supp. 453) affirmed, with costs.

BEATTY, Respondent, v. IRELAND et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Action by Robert A. Beatty against John B. Ireland and others. No opinion. Motion denied, without costs, and without prejudice to the respondent to renew the same if the appeal is not diligently prosecuted. See, also, 152 App. Div. 588, 137 N. Y. Supp. 456.

BECK, Respondent, v. CRAMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1914.) Action by Jacob F. Beck against John A. Cramer. No opinion. Judgment and order affirmed, with costs.

BEEKMAN ESTATE, Respondent, v. FOSTER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by the Beekman Estate against Mary C. Foster and others. O. Horsey, of New York City, for appellants. H. L. Fordham, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BEHRER, Respondent, v. ERNST, Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Martin Behrer against Mary Ernst. No opinion. Motion to dismiss appeal denied, on condition that appellant place the case on the calendar for the December term, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

BELL, Respondent, v. JAMES BUTLER, Inc., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Edward M. Bell against James Butler, Incorporated. J. H. Rogan, of New York City, for appellant. E. E. Wheeler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BELTING & MACHINERY CO. v. CITY OF CORNING. (Supreme Court, Appellate